Howard E. Leventhal
Reg. No. 46376-424
Metropolitan Detention Ctr
P.O. Box ~~32009~~ 329002
Brooklyn, NY ~~11232~~ 11232

October 27, 2015

Clerk of Court
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

Re: U.S. v. Leventhal

13 cr __695__ ? BMC

---

Please file the attached letter to Judge Cogan in the above captioned matter. Thank you very much for your kind assistance to look up the correct case number.

Many thanks,

*[signature]*

Howard E. Leventhal
Defendant

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 30 2015 ★
BROOKLYN OFFICE

```
                                        Howard E. Leventhal
                                        Reg. No. 46376-424
                                        Metropolitan Detention Ctr
                                        P.O. Box ~~32009~~ 329002
                                        Brooklyn, NY 11232
October 27, 2015


The Honorable Judge               Re: U.S. v. Leventhal
Brian M. Cogan
United States District Court          13 cr _____ BMC
225 Cadman Plaza
Brooklyn, NY 11201
```

~~Your Honor:~~

I owe you an apology and given the slowing pace at which my case appears headed, I find it difficult to keep my thoughts to myself any further.

Everybody has blind spots and one of my most glaring has always been difficulty seeing myself as others see me. In this vein, you were not the only one shocked by the Government's presentation at my bail revocation hearing. I too was as shocked, on several different levels and for much different causes.

First of all, it never crossed my mind until that day in court that any misbehavior on my part while out on bail would be seen and rightfully taken by you as a personal affront, a slap in the face and outrageous violation of trust. You were right under the circumstances in reacting the way you did, but still, like every thing else involving me, there is much more to the story that you have not yet heard. For this offense - the offense of taking your generosity for granted among others, I humbly offer my most sincere apologies.

Secondly, you were spot-on perfectly correct to re-characterize my nom de plume as a nom de garre. The whole truth, the real truth about me, is that I have remained in an almost continuous state of war and traumatic stress since five years of age. At some point even the most lovable puppy turns into an angry, snarling, biting dog if kicked enough. That dog will be prone to bite, sometimes for good reasons, sometimes for bad reasons and sometimes for no reason at all. This describes me and will be elaborated upon further.

More to the state of war I have found myself encased in for nearly my entire life - I am quite ashamed to arrive at a realization. I have applied the non-physical elements of my martial arts

- 1 -

training quite irresponsibly. While I have never once in my life physically attacked anyone outside of a training hall (with the exception of protecting a great aunt from attack by her own son in 1985) - I have nonetheless abused the techniques of strategy and tactics drilled into my head by my instructors and through self-study.

I have read Sun Tzu's "The Art of War" many, many times. When viewed through the filter of actual combat in training as I have experienced countless times, Sun Tzu's lessons become three dimensional and amplified. However just like a firearm which can render an opponent into a bloody, lifeless carcass - Sun Tzu's lessons can be perverted into wrongful purposes. It is with great embarassment and humiliation that I must admit having fallen into this temptation. This will be elaborated upon further, however at this juncture I must admit that deception is a central tenet of the Art of War and it is in deception that I have particularly excelled, irresponsibly.

Having come to this realization, shortly after being remanded and perhaps partially as catharsis, I began writing a new book entitled "Deception's Curse". It is dedicated to the memory of my first wife Judi who passed away a few days after I was remanded. She was cursed, through no fault of her own, with a 25 year battle with Multiple Sclerosis. One of the elements of my story that the Government has withheld from you is that although Judi and I were divorced, I provided her with round-the-clock care, a live-in caregiver and everything else I could possibly do for her aside from living in the same home - for nearly every minute of the 50% of her life that was destroyed by this terrible, wasting disease.

Judi died a little bit more every day, one spinal myelin cell and one brain stem cell at a time, in horrible, excruciating pain, each and every day, mercilessly and without remission. Parts of me, to some unknowable extent the very parts that this Court finds missing, died with her, in lockstep with her. I suffered with her in ways that can only be understood by a person who has suffered with and for a loved one. The only thing that saved me from losing my mind entirely was the polar opposite boundless joy of being a father. None of this is any legal excuse for my actions, but it begins to shed light and shedding light is going to be the theme of the balance of my purview before you and the Court.

My new book is a work of fiction, however it composites a number of real scenarios that I am aware of, combined with purely imaginative constructs, into a morality tale. It is a tale about the pan-generational costs of the sin of deception and is based

upon the Old Testament idea that the sins of fathers shall be visited upon their children. I will make certain that at the very least, my daughter reads every word of it as a cautionary warning about avoiding the mistakes that I have made. In this regard also I am trying to write the book in a dramatic style so that it becomes popular - and aside from the obvious reasons. It is my wish that the lessons in this book are taken as a public service to parents everywhere -as a tool for showing their own children a convincing set of compelling examples of reasons why deception must be avoided.

At this writing about 55,000 words are on paper in longhand and the book is a little more than half finished. Writing it has helped me accept my current surroundings for what they are and to focus on a better future.

The book has another essential element built into it as well. In general terms and not constituting an admission of any wrong-doing on my part - every technique I could possibly think of to effect identity theft and fraud is laced throughout the story. One's first reaction to this (most likely the reaction of the Attorney for the Government) might be to view the book as a handbook for fraudsters. The real intent however is to "Use sunlight as the best disinfectant" as the saying goes.

According to the Criminal Law Reporter there were almost 18 million caes of identity theft in 2014. Enough law enforcement officers have not been born in the history of humanity to deal with all of the cases from just this one year. It is my intention to finish the book and publish it with the additional objective of shedding light on these practices for people all over the world so as to enable them to avoid becoming victims themselves.

---

Having written all the above, I am compelled to briefly comment further that every mammal has a sphincter and none of them are pretty. Nor is mine. However this so far is the only part of me that has been viewed by this Court, in more ways than one.

I am a loving father who would spend a thousand years in prison or die a thousand deaths for my daughter - no matter what outrageous impression the Attorney for the Government attempts to inflame the Court with to the contrary. You are a father yourself, with Midwestern sensibilities of the same or similar nature. I have no doubt you know exactly what I mean.

My medical conditions are entirely authentic and confirmed by the Government's own "expert". It is unfathomable to me then as to how the furthest reaches of prosecutorial misconduct and negligence in this regard can be tolerated.

- 3 -

With minimal exceptions I have given virtually every penny I've ever had had in my life to the support of my parents for half my time on this Earth, to my first wife who required enormous volumes of money to live in some modicum of dignity outside of an institution, for child support and for the support of others who have depended upon me. I have never once started any enterprise with <u>intent</u> to defraud anybody, notwithstanding the final outcome.

During the Teapot Dome Scandal of the 1920s, a Standard Oil executive is quoted in his testimony before Congress: "The work of darkening the reputation of men should not be left to those with unclean hands"[1]. No hands in this matter are more unclean than the hands of the Attorney for the Government.

Winston Paes is a living, breathing abomination and perversion of the oath "The truth, the whole truth and nothing but the truth." His very presence at the center of the United States Criminal Justice system is an existential threat to the principle of equal justice under law. Petitions and evidence to come will bear out these allegations. I am just simply constitutionally incapable of remaining silent on this subject any further, and I will not.

For the purposes and scope of this letter all I am further able to do is apologize again for abusing the trust of the Court and I hope that Your Honor will allow himself to view the balance of these proceedings with an open mind.

Respectfully,

Howard Leventhal

[1] See "The Prize" by Daniel Yergin

-4-

HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

NEW YORK NY 100
28 OCT 2015 PM 10 L

CLERK OF COURT
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA
BROOKLYN, NY 11201

SPECIAL / LEGAL MAIL - TO BE OPENED ONLY IN PRESENCE OF INMATE.