HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

NOV. 13, 2015

HONORABLE JUDGE
BRIAN M. COGAN
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA
BROOKLYN, NY 11201

RE: U.S. v. LEVENTHAL
13-CR-695-BMC



YOUR HONOR:

I HAVE JUST IN THE LAST 24 HOURS BECOME AWARE OF TWO FILINGS MADE IN THIS MATTER ABOUT WHICH I MUST RESPECTFULLY OBJECT AND TAKE ISSUE.

1) <u>SECOND ADDENDUM TO THE PRESENTENCE REPORT</u>

THE SECOND ADDENDUM MAKES A FAULTY CONCLUSION OF LAW BY STATING "... THE DEFENDANT WAS INVOLVED IN DEFRAUDING ADDITIONAL INDIVIDUALS." I WISH TO POINT OUT THAT THIS COURT FOUND NOTHING MORE AT MY BOND REVOCATION HEARING THAN CAUSE TO REMAND ME. TO THIS POINT I HAVE NEVER BEEN CONVICTED OF ANYTHING IN MY LIFE BEYOND TRAFFIC OFFENSES. MOREOVER, IN VERY SHORT ORDER, THE COURT WILL BEGIN TO SEE A PRESENTATION FROM ME ESTABLISHING THAT NEARLY EVERY REPRESENTATION

—1—

MADE TO THE COURT AT MY BOND REVOCATION HEARING WAS EITHER FALSE, DECEPTIVE OR THE PRODUCT OF PROSECUTORIAL MISCONDUCT.

SENTENCING IN THIS MATTER, AS IN MOST CRIMINAL MATTERS, IS THE MOST CRUCIAL ELEMENT OF THIS CASE. IT CANNOT BECOME A PRODUCT OF NEGLIGENT, OFF-HANDED, UN-CHALLENGED AND CONCLUSORY ASSERTIONS MADE BY A VINDICTIVE PROSECUTOR WHOM I PLAN TO PROVE IS CORRUPT. I RESPECTFULLY AND ENERGETICALLY ENCOURAGE YOU TO DISREGARD THE SECOND PSR ADDENDUM AS BEING PREMATURE AT BEST AND WHOLLY OUT OF BOUNDS.

2) LETTER OF NOV. 10, 2015, ATTORNEY ZISSOU TO COURT

WITH ALL OF THE RESPECT AND APPRECIATION RIGHTFULLY DUE MR. ZISSOU, I MUST TAKE EXCEPTION TO THE FOLLOWING SENTENCE IN THE ABOVE CAPTIONED LETTER:
"It is the defendant's position, however, that the intended loss amount is one level lower (3.5 million but not more than 9.5 million)." THIS NOT MY POSITION.

MY POSITION IS THAT THE INTENDED LOSS WAS ZERO. MY POSITION IS THAT WHILE I USED THE ILLEGAL METHODS I ADMITTED TO USING, I INTENDED TO ULTIMATELY PRODUCE NO LOSS WHATSOEVER. IT IS JUST PLAINLY AND SIMPLY FALSE THAT I INTENDED

-2- (over)

TO "GET AWAY" WITH ANY MONEY. IT WAS MOST CERTAINLY MY INTENTION TO USE DECEPTIVE MEANS TO PRODUCE CAPITAL TO FUND FULLY LEGITIMATE AND WORTHWHILE ENDEAVORS. MOREOVER I HAD A LEGITIMATE MECHANISM IN PLACE TO RETURN THE DECEPTIVELY BORROWED FUNDS, TO BE PROVEN.

ALL OF THIS WILL BECOME PERFECTLY CLEAR TO THE COURT IN PROCEEDINGS THAT WILL BE PETITIONED FOR SHORTLY. PLEASE DO NOT INTERPRET THIS LETTER TO MEAN THAT I PROPOSE TO BE EXCUSED FOR ILLEGAL CONDUCT. I BROKE THE LAW AND I EFFECTED A COMPLEX DECEPTION IN ORDER TO USE MONEY THAT SHOULD NOT RIGHTFULLY HAVE BEEN LENT. I SHOULD BE SENTENCED BASED UPON MY TRUE ACTIONS AND INTENTIONS AND NOT UPON WHATEVER FANTASY SUPPORTS THE FALSE NARRATIVE THAT THE PROSECUTOR IN THIS CASE SOLD TO HIS SUPERIORS, IN ORDER TO INFLATE HIS OWN EGO.

IF THE COURT WILL KINDLY REMAIN PATIENT, JUSTICE WILL BE CORRECTLY SERVED IN THIS MATTER. MANY THANKS FOR YOUR KIND CONSIDERATION.

RESPECTFULLY SUBMITTED

[signature] 11/13/15

DEFENDANT

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 18 2015 ★
BROOKLYN OFFICE

HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

NOV. 13, 2015

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA
BROOKLYN, NY 11201

RE: U.S. V. LEVENTHAL
13-CR-695-BMC

PLEASE FILE THE ATTACHED LETTER TO JUDGE COGAN IN THE ABOVE CAPTIONED MATTER.

MANY THANKS FOR YOUR KIND ASSISTANCE.

*[signature]*

HOWARD LEVENTHAL,
DEFENDANT