Howard Leventhal
Metropolitan Detention Center
Reg. No. 46376-424
P.O. Box 329002
Brooklyn, NY 11232

Nov. 18, 2015

Clerk of Court  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: U.S. v. Leventhal  
Case: 13-CR-695 (BMC)

Please file the attached letter to Judge Cogan in the above captioned matter. Many thanks for your kind assistance.

Defendant,

Howard E. Leventhal

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 23 2015 ★
BROOKLYN OFFICE

### Certificate of Service

I do hereby certify that this transmittal letter and accompanying letter to Judge Cogan dated Nov. 18, 2015 were transmitted to the Clerk on Nov. 18, 2015 and that all parties of record will be served with electronic copies via ECF in the normal course of business.

Defendant

Howard Leventhal
Nov. 18, 2015

Nov. 18, 2015

HOWARD LEVENTHAL
METROPOLITAN DETENTION CENTER
REG. NO. 46376-424
P.O. BOX 329002
BROOKLYN, NY 11232

HONORABLE JUDGE
BRIAN M. COGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

RE: U.S. v. LEVENTHAL
CASE: 13-CR-695 (BMC)
REQUEST FOR EXPEDITED SENTENCING

YOUR HONOR:

IT MAY SEEM LIKE I'M WRITING TOO MANY LETTERS LATELY, BUT I'VE ACTUALLY WRITTEN 25 OR 30. THIS IS ONLY THE THIRD VERSION I'VE ACTUALLY SENT AND I HOPE YOU WILL PLEASE EXCUSE THIS TYPE OF APPROACH.

IF IT PLEASES THE COURT, I WISH TO REQUEST THAT YOU CONSIDER EXPEDITED SENTENCING, ON THE FOLLOWING TERMS AND FOR THE FOLLOWING REASONS:

TOTAL SENTENCE = 48 MONTHS
SUSPENDED = 24 MONTHS, PROVISIONALLY
RECOMMENDED DESIGNATION: CAMP AT OXFORD, WISCONSIN
PROVISIONS = NO LATER THAN SIX MONTHS AFTER COMMITMENT TO FACILITY, COURT IS TO BE PROVIDED WITH TWO REPORTS; ONE REPORT FROM CONSULTING GROUP ALREADY ENGAGED BY DEFENSE, AND ANOTHER REPORT PERFORMED BY B.O.P. MENTAL HEALTH PROFESSIONALS. QUESTION TO BE ANSWERED BY BOTH SOURCES: IS LEVENTHAL A THREAT TO SOCIETY IN ANY LEGALLY MEANINGFUL SENSE?

—1—

ADDITIONAL PROVISIONS: WITHIN A REASONABLE AMOUNT OF TIME AFTER SUBMISSION OF BOTH REPORTS, COURT TO RECONSIDER WHETHER OR NOT SUSPENSION TO STAND.

## RATIONALE

MY MOTHER IS IN HER 10TH DECADE. RE-IMAGINE GEORGE COSTANZA'S MOTHER FROM THE "SEINFELD" TV SHOW, ADD 15 YEARS AND CRANK THE O.C.D. UP TO MAXIMUM. THIS PROVIDES AN EASILY UNDERSTANDABLE VISION OF MY MOTHER. I LOVE HER DEARLY AND SHE IS TERRIFIED THAT SHE WILL NEVER SEE ME AGAIN. TRAVEL TO NEW YORK IS OUT OF THE QUESTION FOR HER. MOREOVER, WITH COMING EVENTS FORESEEABLE IN MY CASE AT ITS CURRENT TEMPO, I WILL BE AT MDC BROOKLYN FOR ANOTHER YEAR, FURTHER EXPLAINED BELOW.

MY DAUGHTER'S 15TH BIRTHDAY WAS YESTERDAY. IN THE TIME SINCE MY ARREST I HAVE READ MUCH ON THE TOPIC OF THE PRESENCE OF FATHER IN A YOUNG WOMAN'S LIFE. THE ABSOLUTE WORST TIME - THE MOST DESTRUCTIVE TIME - FOR A FATHER TO BE ABSENT, IS THROUGH THE 16TH BIRTHDAY.

I SWORE THE NATURALIZATION OATH AS MY DAUGHTER'S AGENT AT THE AMERICAN CONSULATE IN GUANGZHOU WHEN SHE WAS AN INFANT. I SWORE IT FOR HER AND TO HER; "TO DEFEND" BEING THE PRINCIPAL COVENANT. I HAVE NOT ONLY A COVENANT WITH HER BUT ALSO

A DEBT TO HER. SHE MAY NEVER COME TO REALLY GRASP THE NATURE OF THIS DEBT. I MAY ACTUALLY OWE IT TO GOD OR KHARMA OR WHATEVER ONE CHOOSES TO BELIEVE - BUT THE ONLY PLACE I CAN MEANINGFULLY PAY THIS DEBT IS ON EARTH, TO MY DAUGHTER, IN HER PRESENCE. SHE SAVED ME FROM TOTAL SUBMERSION IN RELENTLESS EMOTIONAL PAIN. THERE IS NOTHING I CAN EVER DO TO REPAY THIS DEBT IN ENTIRETY, AND THERE IS NO ETHICAL HUMAN EFFORT I WILL SPARE TO DO IT.

I DO NOT CARE TO DWELL ON THE BENEFITS TO ME FOR GETTING THIS MATTER SETTLED AND OVER WITH, OTHER THAN TO EXPRESS THE FOLLOWING:

EXCEPTING THE JOYFUL EXPERIENCES OF BEING A FATHER, I HAVE SPENT MOST OF THE LAST 10 YEARS IN A LIVING HELL. YOU WILL COME TO UNDERSTAND MY EXPERIENCES BETTER WITH THE CONSULTANTS REPORT - AND I HAVE NO ILLUSION THAT ANY OF MY ILLEGAL BEHAVIOR SHOULD BE EXCUSED FOR ANY OF IT. MY POINT IS THAT I HAVE ALREADY BEEN PUNISHED.

IT IS NEARLY 5 YEARS SINCE I BEGAN MY ILLEGAL BEHAVIOR, WHICH WAS TRIGGERED BY BEING OUT OF MONEY POST-BANKRUPTCY AND NEEDING TO PAY FOR MY FATHER'S FUNERAL, MY MOTHER'S SUPPORT, MY FIRST WIFE'S 24/7/365 CAREGIVER AND MEDICAL EXPENSES, CHILD SUPPORT AND MY OWN SUPPORT. AGAIN, I SEEK TO

shed light on the circumstances, not to excuse the behavior.

From the first day of my deceptions, I lived in fear every day about how to extricate myself from the problem, commercialize a real product and real business and pay back the wrongful debts I generated. I had a completely rational and ethical plan for paying back the debt and was unable to bring it to fruition for many reasons that were outside my control. "The best laid war plans rarely survive the smoke of battle" as the saying goes. Like Murphy's Law, these forces proved themselves real and time got away from me. This is a report of my thinking, not a legal justification.

There was not ever one split second that I thought to myself that I was "making a score" by producing loans from false collateral. I used improper means to achieve a proper ends. The whole idea of the existence of an "intended" loss of any amount is repulsive to me and just simply untrue.

My medical conditions are 100% authentic. Neither my mother nor my daughter deserve to learn only by post-mortem that the B.O.P. cannot possibly be prepared to properly treat me in

-4-

the event of any sort of anomaly. They can't even figure out how to make sure I have enough toilet paper. How can they possibly be ready to treat a combination of exotic conditions which they have shown not a scintilla of evidence of understanding? But enough about me.

In the sentencing proposal made here, everybody gets what they need — which may vary slightly from what they want. Mr. Paes gets to publicize a press release about succeeding at producing a 4 year sentence for that diabolical criminal Howard Leventhal. Mr. Zissou gets relieved from one of the burdens preventing him from living the life he wants to live with Mrs. Zissou. The court gets relieved from funding experts to expound on the work of other experts. Your honor gets released to focus on more satisfying matters. And nobody's life gets further destroyed.

The alternative, based on everything seemingly plain to me — is more hearings and experts, ad nauseum, ad infinitum. Mr. Paes does not have the faintest idea of what he is alleging as to intended loss. The only option is to hire a certified fraud examiner and/or forensic

ACCOUNTANT TO EDUCATE HIM AND ASSIST THE COURT.

MR. ZISSOU NOW BELIEVES WE NEED A FATICO (SP?) HEARING AND APPARENTLY MR. PAES AGREES. WITHOUT TAKING INTO ACCOUNT ANY EVENT NOT ANTICIPATED - THAT BRINGS US TO MARCH OR APRIL 2016. THEN THERE WILL BE MORE CONTINUANCES FOR NONSENSE INTERSPERSED WITH HOLIDAYS, SICKNESSES AND EMERGENCIES, WHICH BRINGS US TO SEPTEMBER 2016.

AT THE END OF ALL THIS ELAPSED TIME THEN, MY INTUITION TELLS ME, WITHOUT INTENDING ANY PRESUMPTUOUSNESS - THAT THE COURT MAY FIND ITSELF AGAIN AT TWO YEARS AND A DAY - PRECISELY THE SENTENCE VOICED HYPOTHETICALLY LAST APRIL. WHO NEEDS ALL THIS BURNT TIME, EXPENSE, ANXIETY AND AGGRAVATION? CERTAINLY NOT ME.

PLEASE YOUR HONOR, WITH ALL DUE RESPECT I IMPLORE YOU TO PLEASE SENTENCE ME AS PROPOSED HERE AT THE SOONEST POSSIBLE TIME AND ORDER ME TO A LOCATION WHERE MY MOTHER AND DAUGHTER CAN SEE ME.

RESPECTFULLY SUBMITTED

HOWARD LEVENTHAL, DEFENDANT

HOWARD LEVENTHAL
METROPOLITAN DETENTION CENTER
REG No. 46376-424
P.O. BOX 329002
BROOKLYN, NY 11232

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

SPECIAL / LEGAL MAIL

NEW YORK NY 100
20 NOV 2015 PM 2 T

USMS

11201131832.0013