HOWARD LEVENTHAL
REG NO. 46376-424
METROPOLITAN DETENTION CTR
P.O. BOX 329002
BROOKLYN, NY

DEC 12, 2015

HONORABLE JUDGE
BRIAN M. COGAN
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

RE: U.S. v. LEVENTHAL
CASE NO. 13-CR-695 (BMC)
EX-PARTE COMMUNICATION
FILED UNDER SEAL

YOUR HONOR:

I HAD A FIRST COUSIN NAMED NEAL GOLDEN, WHO PASSED AWAY IN THE LAST YEAR. HE WAS A QUADRIPLEGIC WITH A TRACHEA TUBE AND ABLE TO SPEAK ONLY ON RARE OCCASIONS. BECAUSE OF THIS I LEARNED TO LIP READ SIMPLE WORDS AND PHRASES. MR. PAES WAS FACING ME DURING HIS "SIDE BAR" AT THE BAIL HEARING, AND I KNOW THE IDENTITY OF THE FBI'S INFORMANT. MR. ZISSOU DID NOT TELL ME.

THIS KNOWLEDGE OF COURSE IS PROFOUNDLY DISAPPOINTING ON MANY LEVELS, BUT FRANKLY, NOT SURPRISING. THE INFORMANT HAS A HISTORY OF SUICIDE ATTEMPTS AND HAS ABUSED PRESCRIPTION MEDICATIONS FOR MORE THAN 25 YEARS.

—1—

THERE ARE REALLY ONLY TWO THINGS THAT MATTER TO ME ~~MANY~~ ANY FURTHER IN LIFE. ONE IS THAT MY MOTHER HAS A PEACEFUL AND HAPPY EXISTENCE AS SHE APPROACHES HER 91st BIRTHDAY. THE OTHER IS THAT MY DAUGHTER HAS THE MOST SUPPORTED, LOVED AND NURTURED TRANSITION POSSIBLE INTO ADULTHOOD.

THERE WILL BE A TIME LONG IN THE FUTURE THAT KHARMA DELIVERS ITSELF TO THE INFORMANT. THERE IS NO ACTION THAT I NEED TO TAKE TO HASTEN ANY SUCH DELIVERY. OF THIS I AM CERTAIN.

IF AT ANY TIME THE COURT WISHES TO CONSIDER THE IDEA OF RELEASING ME AGAIN FOR SOME PERIOD THAT ALLOWS ME TO SPEND SOME TIME WITH MY MOTHER AND DAUGHTER - AND TO BE ON ANYTHING APPROACHING AN EQUAL FOOTING WITH THE PROSECUTOR'S RESOURCES - THE COURT WILL NOT BE SORRY FOR IT.

THE IMPACT ON MY MOTHER - IF SHE WERE TO HEAR SOMETHING ALONG THE LINES OF "JUDGE COGAN WANTED TO ASSURE YOU THAT HE IS THINKING

—2—

ABOUT YOU - AND FOR THAT REASON I AM NOW STANDING IN FRONT OF YOU" - WELL, SUCH AN OCCURENCE WOULD HAVE A PROFOUND CALMING EFFECT ON HER. AN IMMEASURABLY POSITIVE EFFECT.

AS TO MY DAUGHTER, THE MORE GROUNDING EFFECTS ANY GIRL OF 15 HAS ON HER, THE BETTER OFF SHE WILL BE. I READ YOUR CONFIRMATION TRANSCRIPT AND I KNOW THAT YOU ARE A FAMILY MAN AND MUST CERTAINLY UNDERSTAND THIS ISSUE AS WELL AS ANY PERSON.

MR. PAE'S BEHAVIOR AND MISCONDUCT ARE EASY TO UNDERSTAND WHEN VIEWED THROUGH THE LENS OF HIS MOTIVATIONS. HIS FATHER PASSED AWAY EARLY. AT A YOUNG AGE HE HAD TO BE THE "MAN" OF THE FAMILY AND PERHAPS ENDURE SOME FINANCIAL EMBARASSMENTS AND HUMILIATIONS. HIS APPROACH TO HIS JOB, "SUCCESS AT ANY COST," IS WHAT HE IS DOING TO OVERCOME HIS HUMILIATIONS AND BECOME THE NEXT ATTORNEY GENERAL OR STATE GOVERNOR OF HIS OWN ETHNIC BACKGROUND, VINDICATING HIS FAMILY'S HONOR. I GET IT. THE PICTURE IS CLEAR TO ME. AND IF I'M OFF I'M NOT FAR OFF.

—3—

However I never volunteered to be Mr. Paes' stepping stone or his sacrifice to the gods of salvation. I deserve to be held to account for the things I actually did and for no other cause. Moreover there should be no disparity between the resources available to either side in my case - and being in prison has taken a grossly lopsided balance of resources, to my detriment - and turned it into the impossible problem of an already-doubly weak force meeting an immovable object - the government of the United States.

I hope the court will consider allowing me to have six weeks or so with my family, now. If so, my sister will pay to transport me. There will be no expense to the court and I am certain you will be glad, in retrospect, to have allowed it.

Respectfully

Howard Leventhal

-4-



SPECIAL/LEGAL MAIL

HOWARD LEVENTHAL
REG. NO. 46376-054
P.O. BOX 329002
METROPOLITAN DETENTION CTR.
BROOKLYN, NY 11232

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DIST. OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CTR.
P.O. BOX 329002
BROOKLYN, NY 11232

DEC 12, 2015

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

RE: U.S. v. LEVENTHAL
CASE NO. 13-cr-695 (BMC)

PLEASE FILE THE ENCLOSED UNDER SEAL IN THE CAPTIONED MATTER.

EX-PARTE COMMUNICATION TO BE FILED UNDER SEAL ONLY

THANK YOU,

[signature]

HOWARD LEVENTHAL
DEFENDANT PRO SE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 14 2015 ★
BROOKLYN OFFICE