HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CTR
P.O. BOX 329002
BROOKLYN, NY 11232

DEC 23, 2015

MELONIE CLARCE
COURTROOM DEPUTY FOR
HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

RE: U.S. v. LEVENTHAL
13-cr-695 (BMC)

HELLO MELONIE:

MERRY CHRISTMAS. I WANTED TO ASK YOU IF POSSIBLE TO PLEASE DIRECT THE CLERK TO PROVIDE ME WITH PAPER COPIES BY POSTAL MAIL OF ALL NEW FILINGS IN MY CASE, BEGINNING 12/1/15 AND ON AN ONGOING BASIS, PLEASE.

THERE IS NO PACER ACCESS HERE AND MR. ZISSOU IS IMPOSSIBLE TO GET AHOLD OF. IF THE GOVERNMENT HAS FILED ANYTHING SINCE DEC 1, 2015, THEY HAVE NOT COPIED ME DIRECTLY AS THEY ARE REQUIRED TO DO. MANY THANKS FOR ANY ASSISTANCE YOU MAY BE ABLE TO PROVIDE.

HOWARD LEVENTHAL

HOWARD LEVON
REG. NO. 46376-053
METROPOLITAN DETENTION CTR
P.O. BOX 329002
BROOKLYN, NY 11232

LEGAL/LEGAL MAIL

MELANIE CLARKE
COURTROOM DEPUTY FOR THE
HONORABLE JUDGE
BRIAN M. COGAN
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN NY 11201

