HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CTR.
P.O. BOX 329002
BROOKLYN, NY 11232

DEC 24, 2015

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA
BROOKLYN, NY 11201

RE: US v. LEVENTHAL
13-cr-695 (BMC)

PLEASE FILE THE ENCLOSED
IN THE CAPTIONED MATTER.

Thanks very much.

HOWARD LEVENTHAL
DEFENDANT PRO SE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES

v.                                    CASE NO.
                                      13-cr-695
HOWARD LEVENTHAL                      (BMC)

## NOTICE OF FILING

TO:  WINSTON PAES           CHRISTOPHER OELZOTTO      STEVE ZISSOU
     ASS'T U.S. ATTY        C/O WINSTON PAES          (via ECF)
     EASTERN DIST. NY       (via ECF)
     (via ECF)

BE ADVISED THAT ON THIS DATE I FILED THE ENCLOSED FOIA DEMAND DATED 12/24/15 WITH THE CLERK IN THIS MATTER VIA US POSTAL MAIL, FIRST CLASS SERVICE, PREPAID.

_/s/ Howard Leventhal_          12/24/15
HOWARD LEVENTHAL                12/24/15
                                DATE

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT THE FOREGOING AND ATTACHED HAVE BEEN SERVED UPON THE PARTIES BY THE METHOD INDICATED ABOVE. IT IS MY UNDERSTANDING THAT SAID PARTIES ARE REGISTERED IN THE COURT'S ECF SYSTEM AND WILL AUTOMATICALLY RECEIVE ELECTRONIC SERVICE.

_/s/ Howard Leventhal_
HOWARD LEVENTHAL

HOWARD LEVENTHAL
REG. NO. 46376.424
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

DEC 24, 2015

WINSTON PAES                              RE: FOIA DEMAND
ASSISTANT UNITED STATES ATTY              US v. Leventhal
EASTERN DISTRICT OF NEW YORK              13-cr-695 (BMC)
(Via ECF)

MR. PAES:

THIS LETTER IS IN ADDITION TO MY TWO PREVIOUS FOIA DEMANDS MADE UPON YOU DURING DECEMBER 2015. WITHIN THE TIME REQUIRED BY LAW, PLEASE PROVIDE THE FOLLOWING DOCUMENTS OR TRUE AND CORRECT COPIES THEREOF TO ME AT THE ABOVE ADDRESS:

- AS TO LORETTA LYNCH, WINSTON PAES AND CHRISTOPHER DELZOTTO: ALL DOCUMENTS RELATING IN ANY AND EVERY WAY TO THE EMPLOYMENT OF THESE INDIVIDUALS IN SERVICE OF THE GOVERNMENT OF THE UNITED STATES, FROM BEGINNING OF EMPLOYMENT TO THE PRESENT, INCLUDING BUT NOT LIMITED TO EMPLOYMENT CONTRACTS, EXPENSE ACCOUNT STATEMENTS, GOVERNMENT CREDIT CARD ACCOUNT STATEMENTS, BONUS AGREEMENTS, INCENTIVE PLANS, MEMORANDA REGARDING BONUSES AND INCENTIVES BOTH FORMAL AND INFORMAL, DISCIPLINARY RECORDS, JOB PERFORMANCE EVALUATIONS, ITEMIZED TELEPHONE BILLS, AUTOMOBILE LEASES, AUTOMOBILE USAGE AGREEMENTS, SECURITY CLEARANCES, BACKGROUND INVESTIGATIONS, INTERNAL AND EXTERNAL COMPLAINTS, PENSION AGREEMENTS, PENSION PLANS,

—1—

RETIREMENT ACCOUNT RECORDS, DISCLOSURES OF NON-GOVERNMENTAL INCOME, CONFIDENTIALITY AGREEMENTS, LEGAL SETTLEMENTS, LAWSUIT SETTLEMENT AGREEMENTS, JUDGMENTS AGAINST THE INDIVIDUALS, BOTH CIVIL AND CRIMINAL, MILITARY RECORDS, MILITARY DISCHARGE DOCUMENTS, MILITARY DISCIPLINARY ACTIONS, AND ANY AND EVERY TYPE OF DOCUMENT NOT OTHERWISE DESCRIBED HEREIN EXCEPT PERSONAL HEALTH AND MEDICAL INFORMATION.

- AS TO MYWINGS FOUNDATION, AN ILLINOIS NONPROFIT CORPORATION INCORPORATED IN THE 4TH QUARTER OF 2013: INTERNAL REVENUE SERVICE 501(c)(3) APPLICATION; EACH OF THE THREE APPLICATIONS MADE TO THE DEPARTMENT OF EDUCATION BETWEEN DEC 2013 AND APRIL 2014 FOR ASSISTIVE TECHNOLOGY GRANTS; COPIES OF ALL EMAIL COMMUNICATION BETWEEN ANY DEPT. OF EDUCATION EMPLOYEE AND ANY OFFICER OR STAFF MEMBER OF MYWINGS FOUNDATION BETWEEN NOV 2013 AND APRIL 2014.

PROMPT, TIMELY AND COMPLETE PRODUCTION OF THE ITEMS DESCRIBED ABOVE IS REQUIRED UNDER THE UNITED STATES FREEDOM OF INFORMATION ACT.

HOWARD LEVENTHAL

—2—

