HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CTR.
P.O. BOX 329002
BROOKLYN, NY 11232

DEC 21, 2015

WINSTON PAES
ASSISTANT U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
(via PACER/ECF)

RE: U.S. v. LEVENTHAL
CASE NO. 13-cr-695(BMC)

MR. PAES:    SUPPLEMENT TO FOIA DEMAND DATED DEC 8, 2015

THIS LETTER SUPPLEMENTS MY F.O.I.A. DEMAND DATED DEC 8, 2015 AND SERVED TO YOU VIA ECF/PACER ON 12/14/15.

THIS DEMAND UPON YOUR OFFICE AND THE GOVERNMENT IS BOTH FOR HISTORICAL ITEMS, CURRENT AND FUTURE ONGOING ITEMS. YOUR PRODUCTION OF THE DEMANDED ITEMS SHOULD INCLUDE EVERY ITEM UP TO THE DATE OF FIRST PRODUCTION AND THEN AFTERWARD, ALL ITEMS NEWLY PRODUCED.

BY WAY OF EXAMPLE, YOUR PRODUCTION SHOULD INCLUDE ALL INTERNAL AND EXTERNAL TEXTUAL COMMUNICATIONS WHICH HAVE TAKEN PLACE SINCE THE DAY AND TIME OF SERVICE OF MY DEC 8, 2015 FOIA DEMAND THROUGH TODAY AND THE MOST CURRENT DATE UNTIL THE DAY AND TIME OF PRODUCTION. I HEREBY REQUEST UPDATES AT THIRTY (30) DAY INTERVALS UNTIL FURTHER NOTICE, OF ALL ITEMS NEWLY GENERATED WITHIN THE PRIOR THIRTY DAYS — INCLUSIVE OF "PERSONAL" MESSAGES

—1—

BETWEEN YOURSELF AND ANY PARTY INVOLVED IN THIS MATTER, IN EVERY AND ANY WAY, REGARDLESS OF WHETHER OR NOT SUCH MESSAGES WERE GENERATED ON "PERSONAL" OR MOBILE DEVICES, REGARDLESS OF THE PUTATIVE OWNERSHIP OF SUCH DEVICES.

LASTLY I HEREBY REMIND YOU THAT REGARDLESS OF YOUR ANTIPATHY TOWARD ME, YOU ARE REQUIRED TO SERVE ALL PRODUCTION OF ITEMS REQUESTED UNDER THIS SUPPLEMENT AND THE ORIGINAL FOIA REQUEST AND ANY AND EVERY OFFICIAL COMMUNICATION TO THE COURT REGARDING THE CAPTIONED MATTER, TO ME DIRECTLY AT THE ADDRESS PROVIDED ABOVE. KINDLY CONSULT WITH THE INSTITUTION FOR ANY RESTRICTIONS UPON PHYSICAL DELIVERY THAT MIGHT IMPEDE COMPLETE DELIVERY OF PRODUCTION.

YOURS TRULY,

*[signature]*

HOWARD LEVENTHAL
DEFENDANT PRO SE