Howard Leventhal
Reg No. 46376-424
Metropolitan Detention Ctr
P.O. Box 329002
Brooklyn, NY 11232

Dec 22, 2015


Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Please file the attached and enclosed in the captioned matter.
Many thanks for your kind assistance.


DEFENDANT PRO SE

Howard Leventhal

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 23 2015 ★

**BROOKLYN OFFICE**

HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CTR
P.O. BOX 329002
BROOKLYN, NY 11232

NEW YORK NY 100
22 DEC 2015 PM 6 L

CLERK OF COURT
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

SPECIAL/LEGAL MAIL

1120131832 C013

METROPOLITAN DETENTION CENTER

The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.