IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| UNITED STATES | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. |
| | ) | 13-cr-695 |
| HOWARD LEVENTHAL | ) | (BMC) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 28 2015 ★
BROOKLYN OFFICE

DECLARATION ADDENDUM NUMBER ONE TO MOTION FOR
SANCTIONS, DOC. NO. 85

I, Howard E. Leventhal, Defendant in this matter, do hereby declare as follows:

1)   Precisely as if it were written in the "Winston Paes Handbook for Abusers of Power Everywhere", Mr. Paes has communicated a threat to me in retaliation for filing my Motion for Sanctions, Doc. No. 85 in this matter. This of course is hearsay - precisely the same type of hearsay which now serves to infect and corrupt my amended PSR.

2)   On Sunday Dec 20, 2015 during a visit to see me at MDC, my counsel Steve Zissou re-transmitted a statement by Paes to the general effect: "Doesn't he (Leventhal) understand that now (I, Paes) will be coming after him and his family for the rest of his life?" It is imperative that this communication is entered into the record of this matter for at least two reasons: The Court, as it considers the question of sanctions against Paes and his co-contemnor should be made aware of this threat and every future threat, in order to adjudicate the question of contempt raised in the pending Motion for Sanctions.

---

DECLARATION ADDENDUM              -1-

Also, given that each ~~that all~~ and every threat emitted by Mr. Paes is credible and routinely followed up with execution of the threatened action, there must be a reference and record in this matter in order to have any hope of defending against whatever Fantasy Island allegation Paes acts upon in ~~the~~ future.

3)   I am compelled to recall for the record a prayer that was given while I was in the audience at the La Scala Opera in Milan Italy one or two days after the attacks of September 11, 2001. It was a long prayer which concluded "Let us stand up now in sympathy and rememberance of these Americans, who always do what is right". I dare say that far fewer audience members would have risen that day, had they any insight into the behavior of Winston Paes, Assistant United States Attorney, who so often refers to himself as "The Government".

-- Declarant sayeth further not.

DEFENDANT

/s/ Howard E. Leventhal

Howard E. Leventhal

Given at Brooklyn, NY December 22, 2015

DECLARATION ADDENDUM                    -2-