HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

DEC 22, 2015

THE HONORABLE
JUDGE BRIAN M. COGAN            RE: U.S. v. LEVENTHAL
UNITED STATES DISTRICT COURT    Case No. 13-cr-695
EASTERN DISTRICT OF NEW YORK         (BMC)
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ DEC 28 2015 ★
BROOKLYN OFFICE

YOUR HONOR:

IF IT PLEASES THE COURT, I WISH TO HAVE A HEARING ON THE QUESTION OF WHETHER OR NOT MR. ZISSOU SHOULD CONTINUE AS MY COUNSEL IN THIS MATTER.

FIRSTLY, I BELIEVE THAT RETALIATION AGAINST HIM FROM THE U.S. ATTORNEY'S OFFICE MAY HAVE BEGUN, ARISING FROM MY MOTION FOR SANCTIONS. COINCIDENTALLY, AS IS CLEAR FROM THE RECENT RECORD, I AM NOT SATISFIED WITH THE AMOUNT OF INTERACTION OR "BANDWIDTH" AVAILABLE TO ME FROM MR. ZISSOU. I ON THE OTHER HAND, HAVE DEVELOPED A WARM AND SYMPATHETIC RELATIONSHIP WITH BOTH MR + MRS. ZISSOU. IF THIS WERE NOT THE CASE I'D HAVE SIMPLY WRITTEN THE COURT ASKING THE COURT TO DISCHARGE HIM.

ANY ACCOMMODATION FOR A HEARING THAT YOU MIGHT BE ABLE TO PROVIDE WOULD BE MOST APPRECIATED.

RESPECTFULLY,

HOWARD LEVENTHAL