HOWARD LEVENTHAL
REG. NO. 46376-424
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

DEC 30, 2015

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

RE: U.S. v. LEVENTHAL
CASE NO. 13-cr-695 (BMC)

PLEASE FILE THE ENCLOSED NOTICE OF FILING AND MOTION FOR DEFAULT JUDGMENT IN THE CAPTIONED MATTER. MANY THANKS FOR YOUR KIND ASSISTANCE.

DEFENDANT PRO SE

[signature]

HOWARD LEVENTHAL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
JAN 05 2016
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES )
            )
            ) Case. No 13-cr-695
v.          ) (BMC)
            )
HOWARD LEVENTHAL )

## NOTICE OF FILING

| TO: WINSTON PAES ASS'T U.S. ATTY EASTERN DIST. OF NEW YORK (via ECF) | CHRISTOPHER DELZOTTO c/o WINSTON PAES (via ECF) | STEVE ZISSOU (via ECF) |

BE ADVISED that I have on this date filed the attached Motion for Default Judgment in this matter by filing same with the clerk of this Court via U.S. mail, postage prepaid.

DEFENDANT PRO SE

/s/ Howard Leventhal  12/30/15

HOWARD LEVENTHAL

### CERTIFICATE OF SERVICE

I do hereby certify that I have served the attached and foregoing on the parties by the method indicated above and further it is my understanding that the parties hereto are registered with the Court's ECF system and will receive service electronically in due course.

/s/ Howard Leventhal  12/30/15

HOWARD LEVENTHAL

```
                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


UNITED STATES         )
                      )   Case. No 13-cr-695
v.                    )   (BMC)
                      )
HOWARD LEVENTHAL      )
```

## MOTION FOR DEFAULT JUDGMENT

NOW COMES DEFENDANT HOWARD E. LEVENTHAL, a non-attorney acting pro se, hereby respectfully submitting this Motion for Default Judgment against Contemnors Winston Paes and Christoper Delzotto. In support of this Motion, Leventhal states as follows:

1) On December 14, 2015 Contemnors were served with Defendant's Motion for Sanctions, Doc. No. 85 in this matter.

2) Under this Court's Local Criminal Rule 49.1(b) Contemnors' objections were due on Dec 28, 2015. As of Dec 30, 2015 no objections have been served by the Contemnors on the Defendant. Contemnors have admitted to the allegations of direct and indirect contempt.

3) With the exception of a copy of Doc. 85 and Doc.(___? Court's order granting access to the Government of the sealed matter of Doc. 83, order entered 12/17/2015), which were delivered to Defendant by Counsel Zissou,

—1—

no service of any kind of any document, filing, pleading or order in this matter has been served upon Defendant at his current address for service (Metropolitan Detention Center, Brooklyn, NY).

4) Defendant had a pro se appearance on file before filing his Motion for Sanctions and the Contemnors, better than anybody, know where Leventhal is and have the resources at their disposal to serve him on a timely basis.

## PRAYER

NOW THEREFORE Defendant Leventhal respectfully requests an order in accordance with Defendant's (Proposed) Sanctions Order on file in this matter, holding Contemnors in direct contempt, indirect contempt and for the additional relief expressed in the (Proposed) Sanctions Order.

RESPECTFULLY SUBMITTED

[signature] 12/30/15

HOWARD LEVENTHAL, pro se
REG NO. 46376-424
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

—2—

HOWARD LEVENTHAL
REG. NO. 46376-054
METROPOLITAN DETENTION CTR.
P.O. BOX 329002
BROOKLYN, NY 11232

SPECIAL/LEGAL MAIL

CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

NEW YORK NY 100
31 DEC 2015 PM 75 L

