Sept 14, 2018

Howard Leventhal
Reg No 46376-424
FPC Duluth
P.O. Box 1000
Duluth, MN 55814

Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: LEVENTHAL v US
18-cv-3470(BMC)
(13-cr-695(BMC))

RUNNING OUT THE CLOCK

Judge Cogan:

By the time you read this, there will be less than 4 weeks remaining in my daughter's minority.

When Zissou began disinforming me about filing a 2255 questioning his ability, there were one and one half years remaining. When I filed the 2255 petition, there were five months remaining. When "the Government" requested and received an extension of time for the purpose of running out the clock, there were three months remaining.

This is unarguably no longer a consequence of my sentence - it **is** my sentence.

Yours truly,

Howard Leventhal


cc: AUSA via ECF

Sept 14, 2018

Howard Leventhal
Reg No 46376-424
FPC Duluth
P.O. Box 1000
Duluth, MN 55814

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: LEVENTHAL v U.S.
18-cv-3470(BMC)
(13-cr-695(BMC))

FILING OF LETTER TO
JUDGE COGAN

Please file the enclosed letter to Judge Cogan in the captioned matter.

Thank you,

Howard Leventhal

Inmate Name  Harold Leventhal
Registration # 46376-424
Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814



15 OCT 2018 PM 1 L

⇔46376-424⇔
Court Clerk Brooklyn
225 Cadman PLZ E
US Dist Court EDNY
Brooklyn, NY 11201
United States